ILLINOIS CENTRAL RAILROAD COMPANY

*v.*

THE CITY OF CHICAGO.

Per CURIAM: The questions here are precisely the same that arise in the foregoing case of *L. S. & M. S. Ry. Co.* v. *Chicago*, and for the reasons there given, the judgment is reversed and the cause is remanded.

*Judgment reversed.*